

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  ELIZABETH KERR
  MARK T. PITTMAN
  J. WADE BIRDWELL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

February 1, 2018

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Bldg.
100 N. Calhoun St., 2nd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. Mollee Westfall
Judge, 371st District Court
Tim Curry Criminal Justice Center
401 W. Belknap St., 5th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

Herbert Everitt
8200 Camp Bowie West Blvd
Fort Worth, TX 76116-6321
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    02-18-00012-CR, 02-18-00013-CR
          Trial Court Case Number:    1482906D, 1519979D

Style:    Jose Juan Silva
        v.
        The State of Texas

      Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

      Respectfully yours,

      DEBRA SPISAK, CLERK

      Debra Spisak